UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                   :

In re                                             :

BEST PAYPHONES, INC.,                    :        Case No. 01-B-15472 (SMB)

                  Debtor.                  :
-------------------------------------------------------------X
                                               :

BEST PAYPHONES, INC.,                      :

                Appellant,            :

           v.                              :        Civil Action No. 08-2554 (PKC)

MANHATTAN TELECOMMUNICATIONS,  :
CORPORATION,                                :
                                             :        **NOTICE OF APPEARANCE**
                Appellee.            :
-------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned has been retained as Counsel for the Plaintiff in the above-caption and files a Notice of Appearance on Plaintiff's behalf. Please forward any papers or matters relating to this case to the address listed below.

Dated: May 2, 2008

                                        /s/ George M. Gilmer (gg5479)
                                        George M. Gilmer, Esq.
                                        Attorney for the Plaintiff
                                        943 Fourth Avenue
                                        Brooklyn, NY 11232
                                        718 788 0100
                                        GeorgetheLawyer@aol.com
                                        ggilmerlawoffice@yahoo.com