**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In the matter of

BEST PAYPHONES, INC.,
                         Debtor

------------------------------------------------------------x

BEST PAYPHONES, INC.,

                Debtor-Appellant,

-against-

MANHATTAN TELECOMMUNICATIONS
CORPORATION,

                Claimant-Appellee.

------------------------------------------------------------x

Case No. 01-B-15472 (SMB)
Chapter

Docket Nos. 07-CV-6170, 08-CV-2554 (PKC)
2554 (PKC)

NOTICE OF MOTION
FOR RECONSIDERATION

PLEASE TAKE NOTICE that upon the annexed Memorandum of GEORGE M. GILMER, ESQ., and upon all papers and proceedings heretofore had herein, the undersigned will move this Court pursuant to Local Rule 6.3, before the Hon. P. Kevin Castel, Judge of the District Court, at the District Courthouse, 500 Pearl Street New York, New York, Room 2260, on the 1st day of May, 2008, at 10:00 o'clock in the forenoon thereof, or as soon thereafter as counsel can be heard, for an Order pursuant to Fed.R.Civ.P. 59 granting reconsideration of the Judgment, entered on April 4, 2008, that dismissed the above-entitled action, on the grounds that the Court overlooked a controlling principle of law, and granting such other and further relief as the Court deems necessary and proper in the circumstances.

PLEASE TAKE FURTHER NOTICE that pursuant to the Local Rules of the United States District Court for the Southern District of New York, any answering papers must be

*This motion was filed on April 18, 2008 and is deemed timely.*

*So Ordered:* /s/ P. Kevin Castel USDJ   5/7/08

served on the undersigned not later than ten (10) business days after service of this motion is complete.

Dated: Brooklyn, New York,
       April 18, 2008

                                        Yours, etc.,
                                        /s/ George M. Gilmer
                                        GEORGE M. GILMER, ESQ. (GG-5479)
                                        943 Fourth Avenue
                                        Brooklyn, NY 11232
                                        718-788-0100

To:
Duane Morris, LLP
1540 Broadway
New York, NY 10036
Attn.: Fran M. Jacobs, Esq.